# United States Court of Appeals
# for the Fifth Circuit

_____

No. 25-60474
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

May 4, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LACYRUS GREEN,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:24-CR-138-1

_____

Before CLEMENT, SOUTHWICK, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Lacyrus Green pleaded guilty to federal carjacking in violation of 18 U.S.C. § 2119. He now challenges the district court's decision to vary upward from the advisory guidelines imprisonment range of 51 to 63 months and sentence him to 95 months in prison to be followed by three years of supervised release.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-60474

The sole issue today is whether Green's sentence was substantively unreasonable based on the upward variance. On review, we say no: The district court did not abuse its discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007); *United States v. Diehl*, 775 F.3d 714, 724 (5th Cir. 2015).

AFFIRMED.